BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

MAR - 3 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>The Approximate Amount of $118,550.00 in Seized U.S. Currency (seized from BS)<br><br>        Defendant. | Case No. MS-     1:20-mc-77-DCN<br><br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FORFEITURE** |

The United States of America, by and through Bart M. Davis, United States Attorney and the undersigned Assistant United States Attorney for the District of Idaho, pursuant to 18 U.S.C. § 983, hereby requests that the Court extend the deadline to file a civil forfeiture complaint or take other action in the above case, from March 17, 2020 until June 15, 2020. The United States respectfully requests that the Court issue an order prior to March 17, 2020.

UNOPPOSED MOTION TO EXTEND DEADLINE - 1

As background, the United States Attorney's office is currently reviewing an administrative (non-judicial) forfeiture, thus we request filing under an MS number. This pleading arises from a traffic stop and seizure of currency from BS. DEA adopted the seizure. BS filed a claim to the currency, through his attorney. When a claimant files against an administrative forfeiture, the agency typically refers the matter to the United States Attorney's office for review. *See* 18 U.S.C. § 983(a)(3) (requiring the filing of a civil complaint or indictment within 90 days after a filed claim of interest in seized property; but also authorizing an extension for good cause shown or upon agreement of the parties).

AUSA Maloney corresponded with attorney for BS, Nick Vieth, of the Vieth Law Offices, CHTD. Mr Vieth agreed to the requested extension.

In addition to the agreement, good cause also exists. The United States continues to review and investigate the filed claim and the related circumstances. The United States intends to provide discovery to the attorney for BS, Nick Vieth. The discovery includes a number of reports, videos, and other digital evidence, which the United States is in the process of organizing and numbering for disclosure. That process and the subsequent discussion or negotiation between the United States and Mr. Vieth will require additional time.

Accordingly, the Government respectfully requests that the Court grant an extension until June 15, 2019 to file a civil complaint or take other action as contemplated by the statute.

Respectfully submitted this 3rd day of March, 2020.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

*/s/ Kevin T. Maloney*
Kevin T. Maloney
Assistant United States Attorney

UNOPPOSED MOTION TO EXTEND DEADLINE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2020, the foregoing **UNOPPOSED MOTION**

**TO EXTEND DEADLINE** was sent to the Clerk of the Court for filing in the CM/ECF system.

Nick Veith, attorney for the defendant, received notice via email from this office.

| | |
|---|---|
| Nick Veith<br>Vieth Law Offices, CHTD.<br>912 E. Sherman Ave.<br>Coeur d'Alene, ID 83814<br>nick@viethlaw.com | ☐ United States Mail, postage prepaid<br>☐ fax<br>☐ ECF filing<br>☒ email |

*/s/ Miranda Thompson*
Miranda Thompson
FSA Data Analyst

UNOPPOSED MOTION TO EXTEND DEADLINE - 3